Order to be settled on notice.    Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HYMAN EISENBERG, Respondent, v. HARRY LUSTGARTEN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of ELBERT S. BOUGHTON, an Attorney.— Cross-interrogatories must be filed by November 22, 1918. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of the ROYAL TRUST COMPANY, Appellant, for Its Appointment as Committee of BRIDGET BOIS, an Incompetent Person. CHARLES O'SULLIVAN, Special Guardian for BRIDGET BOIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CLIFFORD L. MILLER and Another, Copartners, etc., Appellants, v. SEMET-SOLVAY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LOUIS STETTAUER, Respondent, v. JACOB NEWMAN, Individually and as Surviving Partner, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

WHEAT EXPORT COMPANY, INC., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Laughlin, Dowling, Smith and Shearn, JJ.

HARBY STEAMSHIP COMPANY, INC., Appellant, v. ERIE RAILROAD COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ANDREW M. DUPAY, Respondent, v. FRANK J GALBINA, Appellant.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

GEORGE R. HAMILTON, Appellant, Respondent, v. HARVEY A. WILLIS and Another, Respondents, Appellants.— So far as appealed from by plaintiff, order affirmed, with ten dollars costs and disbursements; so far as appealed from by defendants, order modified so as to give the defendants the costs of the reference and stenographer's fees absolutely, and as so modified affirmed. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

GEORGE R. HAMILTON, Appellant, v. HARVEY A. WILLIS and Another, Respondents.— Order modified by requiring a bond of $3,000 instead of

$7,500, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK WILLIAMS, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MARY SALAM, an Infant, by MICHAEL SALAM, Her Guardian ad Litem, Appellant, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, an Unincorporated Joint Stock Association, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

PRICE AND PIERCE, LTD., Respondent, v. RIVER RAISIN PAPER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Shearn, J., dissented.

CARRIE C. MOERS, Respondent, v. ALBERT A. MOERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LEON JOBIN v. JULIA W. M. C. LAWRENCE.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

BOSTON INSURANCE COMPANY v. BROOKLYN HEIGHTS RAILROAD COMPANY.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

C. RIEGER'S SONS, INC., v. CLARA H. CASTELLANOS and Others.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order    Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

UNION TRUST COMPANY, as Trustee, v. FREDERICK W. PAPE and Others. — Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY OFRIAS.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

GIOVANNI CORDUSI v. CESARE PIANISANI.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MAX J. KLEIN v. MATHILDA BLOCH, Impleaded.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

SAMUEL JOSEPH v. HARRY JOSEPH and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

AARON B. COHEN v. ALEXANDER R. GROSSMAN and Others.— Motion